UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cr-00215-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| JAMES DARNELL WINTONS, | ) | ORDER |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's most recent pro se Motion for Compassionate Release/Reduction of Sentence (Doc. No. 60). The Court previously ordered the Government to respond to Defendant's first pro se Motion for Compassionate Release (Doc. Nos. 57, 58), allowing thirty (30) days to do so. The Government is ORDERED to also address the most recent pro se Motion for Compassionate Release (Doc. No. 60) in its forthcoming response.

IT IS SO ORDERED.

Signed: June 25, 2020

Frank D. Whitney
United States District Judge

1